IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

VOLLIE HARRIS                                                            PLAINTIFF

v.                          3:06CV00138-WRW

SOCIAL SECURITY ADMINISTRATION                        DEFENDANT

## **JUDGMENT**

In accordance with the Court's Order filed this date, its is Considered, Ordered and Adjudged that the claims of Plaintiff should be, and they are hereby, DISMISSED WITH PREJUDICE.

DATED this 24th day of September, 2007.

                                                 /s/Wm. R. Wilson, Jr.
                                            UNITED STATES DISTRICT JUDGE